# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

Clifford W. Taylor,
Chief Justice

136099

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RUSSELL PLASTERING COMPANY,
        Plaintiff,
        Counter-Defendant-Appellee,

v

SC: 136099
COA: 274049
Oakland CC: 2004-059387-CK

MICHIGAN CONSTRUCTION INDUSTRY
MUTUAL INSURANCE COMPANY,
        Defendant,
        Counter-Plaintiff-Appellant,
and

CHLYSTEK & WHITE SERVICES, INC. and
TIMOTHY KUIPER,
        Defendants.

_____/

     On order of the Court, the application for leave to appeal the February 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

_____
Clerk

t0616